AO 440 (Rev. 5/85) Summons in a Civil Action ⊕

# United States District Court

FOR THE _____ DISTRICT OF __MASSACHUSETTS__

Carter-McLeod Paper and Packaging, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 05-30087-MKP

Donald McLeod; McLeod Packaging Systems, Inc.;
and Morten Hazzard

TO: (Name and Address of Defendant)

| | | |
|---|---|---|
| Donald McLeod | McLeod Packaging Systems, Inc. | Morten Hazzard |
| 16 East Hill Road | 16 East Hill Road | 11B Catherine Drive |
| Brimfield, MA 01010 | Brimfield, MA 01010 | Belchertown, MA 01007 |

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jeffrey E. Poindexter, Esq.
Bulkley, Richardson & Gelinas
1500 Main Street
Suite 2700
Springfield, MA 01115

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**SARAH A. THORNTON**

_____        DATE  4/14/05
CLERK

_[signature]_
BY DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|

**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618

*Hampshire, ss.*

May 4, 2005

I hereby certify and return that on 5/3/2005 at 12:07 pm I served a true and attested copy of the SUMMONS, COMPLAINT AND CIVIL COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of MORTEN HAZZARD, 11 B CATHERINE DRIVE, BELCHERTOWN, MA 01007, and by mailing 1st class to the above address on 5/3/2005. In the service hereof, it was necessary and I actually used a motor vehicle 40 miles. Fees: Basic Service L&U ($20.00), Conveyance ($4.50), Travel ($19.20), Copies ($2.00), Attest ($10.00) Total Charges $55.70.
DOCUMENTS LEFT WITH TERESA (WIFE).

Deputy Sheriff FRANCIS COTE

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                        Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.