AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

FOR THE _____ DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2005 MAY 10 P 3:31
U.S. DISTRICT COURT
DISTRICT OF MASS

Carter-McLeod Paper and Packaging, Inc.

V.

Donald McLeod; McLeod Packaging Systems, Inc.; and Morten Hazzard

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-30087-MAP

TO: (Name and Address of Defendant)

Donald McLeod
16 East Hill Road
Brimfield, MA 01010

McLeod Packaging Systems, Inc.
16 East Hill Road
Brimfield, MA 01010

Morten Hazzard
11B Catherine Drive
Belchertown, MA 01007

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jeffrey E. Poindexter, Esq.
Bulkley, Richardson & Gelinas
1500 Main Street
Suite 2700
Springfield, MA 01115

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

DATE 5/14/05

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | |

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

May 5, 2005

I hereby certify and return that on 5/4/2005 at 03:00 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACT. COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of DONALD MCLEOD, 692 SHAKER Road, LONGMEADOW, MA 01106, and by mailing 1st class to the above address on 5/4/2005. Attestation x 2 ($10.00), Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($20.00), Mailing ($3.00) Total Charges $36.76

Deputy Sheriff MICHAEL POWERS

**Deputy Sheriff**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date                    Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action ⊕

# United States District Court

FOR THE _____ DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2005 MAY 10 P 3:31
U.S. DISTRICT COURT
DISTRICT OF

Carter-McLeod Paper and Packaging, Inc.

v.

Donald McLeod; McLeod Packaging Systems, Inc.;
and Morten Hazzard

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-30087-MAP

TO: (Name and Address of Defendant)

Donald McLeod
16 East Hill Road
Brimfield, MA 01010

McLeod Packaging Systems, Inc.
16 East Hill Road
Brimfield, MA 01010

Morten Hazzard
11B Catherine Drive
Belchertown, MA 01007

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jeffrey E. Poindexter, Esq.
Bulkley, Richardson & Gelinas
1500 Main Street
Suite 2700
Springfield, MA 01115

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

DATE 5/14/05

BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

May 5, 2005

I hereby certify and return that on 5/4/2005 at 03:00 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACT. COVER SHEET in this action in the following manner: To wit, by delivering in hand to JENN CUSHMAN, SECRETARY, person in charge at the time of service for MCLEOD PACKAGING SYSTEMS INC, 692 SHAKER Road, LONGMEADOW, MA 01106.Attestation X 1 ($5.00), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $36.00

Deputy Sheriff MICHAEL POWERS

**Deputy Sheriff**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                        Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.