UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30087-MAP

| | |
|---|---|
| CARTER-McLEOD PAPER AND PACKAGING, INC., <br>     Plaintiff | ) <br> ) <br> ) <br> ) |
| vs. | ) <br> ) |
| DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC.; and MORTEN HAZZARD, <br>     Defendants | ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

The undersigned hereby files an Appearance for Defendants Donald McLeod, McLeod Packaging Systems, Inc., and Morten Hazzard.

                                                                                                  THE DEFENDANTS
                                                                                                  DONALD McLEOD,
                                                                                                  McLEOD PACKAGING SYSTEMS, INC.
                                                                                                  and MORTEN HAZZARD

By    */s/ James F. Martin*
James F. Martin, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  322480
jmartin@robinson-donovan.com

400543