UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30087-MAP

| | |
|---|---|
| CARTER-McLEOD PAPER AND PACKAGING, INC., <br>     Plaintiff | ) <br> ) <br> ) <br> ) |
| vs. | ) <br> ) |
| DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC.; and MORTEN HAZZARD, <br>     Defendants | ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

The undersigned hereby files an Appearance for Defendants Donald McLeod, McLeod Packaging Systems, Inc., and Morten Hazzard.

                                                                THE DEFENDANTS
                                                                DONALD McLEOD,
                                                                McLEOD PACKAGING SYSTEMS, INC.
                                                                and MORTEN HAZZARD

                                                                By    */s/ Dorothy A. Varon*
                                                                Dorothy A. Varon, Esq., of
                                                                Robinson Donovan, P.C.
                                                                1500 Main Street, Suite 1600
                                                                Springfield, Massachusetts 01115
                                                                Phone (413) 732-2301  Fax (413) 785-4658
                                                               BBO No.:  629609
                                                                dvaron@robinson-donovan.com

400810