UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30087-MAP

| | |
|---|---|
| CARTER-McLEOD PAPER AND | ) |
| PACKAGING, INC., | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| DONALD McLEOD; McLEOD | ) |
| PACKAGING SYSTEMS, INC.; and | ) |
| MORTEN HAZZARD, | ) |
|     Defendants | ) |

## ANSWER OF THE DEFENDANTS, DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC.; and MORTEN HAZZARD

NOW COME the defendants, Donald McLeod, McLeod Packaging Systems, Inc. and Morten Hazzard and answers the Plaintiff's Complaint as follows:

## AS TO THE INTRODUCTION

1.  The defendants neither admit nor deny the truth of the allegations contained in paragraph 1 as said paragraph is merely an editorial statement made by the plaintiff and does not require a response.  In further answering, the defendants state that the plaintiff's summary of allegations set forth in paragraph 1 are inaccurate and misleading and the defendants deny any and all of the allegations set forth therein.

2.  The defendants neither admit nor deny the statements made in paragraph 2 as said statements are merely summary statements of the plaintiff's requests for relief from the Court and do not require a legal response.

400449

## AS TO JURISDICTION AND VENUE

3.  The defendants deny that this Court has original jurisdiction over this matter as it maintains that the plaintiff does not have a valid Lanham Act claim and consequently, this Court does not have supplemental jurisdiction over pendant claims set forth herein.

4.  The defendants neither admit nor deny the truth of the allegations contained therein and leave the plaintiff to its burden of proof.  In answering further, the defendants each admit that they do reside or have a principal place of business in Massachusetts.

## AS TO THE PARTIES

5. The defendants assert that it is unfair and inappropriate for the plaintiff to attempt to alter its name when referring to itself in order to eliminate from its legal name the word "Paper."  The defendants assert that the deliberate act of the plaintiff in eliminating the word "Paper" from its title is unfair and inappropriate.  In further answering, the defendants admit that Carter–McLeod Paper and Packaging, Inc. is a closely held corporation.

6.  The defendant, Donald McLeod admits that he is an individual, but denies that his residential address is as stated in the Complaint.

7.  The defendants admit that McLeod Packaging is a Massachusetts corporation but denies that its principal place of business is as stated in the Complaint.

8. The defendants admit the allegations contained in paragraph 8 of the plaintiff's complaint.

## AS TO THE BACKGROUND

9.  The defendants assert that it is unfair and inappropriate for the plaintiff to attempt to alter its name when referring to itself in order to eliminate from its legal name the word "Paper."  The defendants assert that the deliberate act of the plaintiff in eliminating the word "Paper" from its

400449

title is unfair and inappropriate.  In further answering, the defendants admit that Carter McLeod Paper and Packaging, Inc. is a closely held corporation.

10. The defendants neither admit nor deny the allegations contained in paragraph 10 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

11. The defendants deny the allegations contained in paragraph 11 of the plaintiff's complaint.

12. The defendants neither admit nor deny the allegations contained in paragraph 2 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

13. Deny that McLeod Packaging Systems, LLC formed the entity now known as Carter McLeod Paper and Packaging, Inc. and further denies that the plaintiff is known to its customers by the mark "McLeod Packaging Systems."

14. The defendants neither admit nor deny the allegations contained in paragraph 14 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

15. The defendants deny the allegations contained in paragraph 15 of the plaintiff's complaint.

16. The defendants deny the allegations contained in paragraph 16 of the plaintiff's complaint.

17. The defendants deny the allegations contained in paragraph 17 of the plaintiff's complaint.

400449

18. The defendants deny the allegations contained in paragraph 18 of the plaintiff's complaint.

19. The defendants admit the allegations contained in paragraph 19 of the plaintiff's complaint.

20. The defendants neither admit nor deny the allegations contained in paragraph 20 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

21. The defendants admit the allegations contained in paragraph 21 of the plaintiff's complaint.

22. The defendants admit the allegations contained in paragraph 22 of the plaintiff's complaint.

23. The defendants admit the allegations contained in paragraph 23 of the plaintiff's complaint.

24. The defendants admit the allegations contained in paragraph 24 of the plaintiff's complaint.

25. The defendants admit the allegations contained in paragraph 25 of the plaintiff's complaint.

26. The defendants admit Donald McLeod was a member of the Board of Directors and as to the remaining statements set forth in paragraph 26 they constitute a legal conclusion which does not require a response from the defendants.

27. The defendants neither admit nor deny the allegations contained in paragraph 27 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

28. The defendants deny the allegations contained in paragraph 28 of the plaintiff's complaint.

29. The defendants neither admit nor deny the allegations contained in paragraph 29 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

30. The defendants deny the allegations contained in paragraph 30 of the plaintiff's complaint.

31. The defendants deny the allegations contained in paragraph 31 of the plaintiff's complaint.

32. The defendants neither admit nor deny the allegations contained in paragraph 32 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

33. The defendants deny the allegations contained in paragraph 33 of the plaintiff's complaint.

34. The defendants neither admit nor deny the allegations contained in paragraph 34 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

35. The defendants deny the allegations contained in paragraph 35 of the plaintiff's complaint.

36. The defendants neither admit nor deny the allegations contained in paragraph 36 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

37. The defendants deny the allegations contained in paragraph 37 of the plaintiff's complaint.

38. The defendants deny the allegations contained in paragraph 39 of the plaintiff's complaint.

39. The defendants deny the allegations contained in paragraph 39 of the plaintiff's complaint.

40. The defendants deny the allegations contained in paragraph 40 of the plaintiff's complaint.

41. The defendants deny the allegations contained in paragraph 41 of the plaintiff's complaint.

42. The defendants deny the allegations contained in paragraph 42 of the plaintiff's complaint.

43. The defendants deny the allegations contained in paragraph 43 of the plaintiff's complaint.

44. The defendants deny the allegations contained in paragraph 44 of the plaintiff's complaint.

45. The defendants deny the allegations contained in paragraph 45 of the plaintiff's complaint.

46. The defendants neither admit nor deny the allegations contained in paragraph 46 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

47. The defendants deny the allegations contained in paragraph 47 of the plaintiff's complaint.

48. The defendants deny the allegations contained in paragraph 48 of the plaintiff's complaint.

49. The defendants deny the allegations contained in paragraph 49 of the plaintiff's complaint.

50. The defendants deny the allegations contained in paragraph 50 a through d of the plaintiff's complaint.

51. The defendants deny the allegations contained in paragraph 51 of the plaintiff's complaint.

52. The defendants admit that Donald McLeod's employment with the plaintiff was terminated. The defendants neither admit nor deny that said termination was in accordance with the bylaws of the plaintiff.

53. The defendants neither admit nor deny the allegations contained in paragraph 53 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

54. The defendants admit that McLeod Packaging Systems, Inc. was formed in or around December 23, 2004. As to the remaining allegations, the defendants neither admit nor deny the allegations contained in paragraph 54 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

55. The defendants admit that Donald McLeod is President, Treasurer and Secretary of McLeod Packaging Systems LLC and denies the remaining allegations.

56. The defendants admit the allegations contained in paragraph 56 of the plaintiff's complaint.

400449

57. The defendants deny the allegations contained in paragraph 57 of the plaintiff's complaint.

58. The defendants neither admit nor deny the allegations contained in paragraph 58 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

59. The defendants neither admit nor deny the allegations contained in paragraph 59 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

60. The defendants neither admit nor deny the allegations contained in paragraph 60 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

61. The defendants deny the allegations contained in paragraph 61 of the plaintiff's complaint.

62. The defendants neither admit nor deny the truth of the allegations contained in paragraph 62 (a) through (i) of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.  In further answering, defendants deny that Donald McLeod interfered with Carter-McLeod's Packaging contractual and advantageous business relationships and that he removed any proprietary confidential and other business records.

63. The defendants admit that Morten Hazzard did resign from his position at the plaintiff and the defendants deny the remaining allegations.

64. The defendants deny the allegations contained in paragraph 64 (a) through (d) of the plaintiff's complaint.

400449

65. The defendants neither admit nor deny the allegations contained in paragraph 65 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

66. The defendants neither admit nor deny the allegations contained in paragraph 66 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

67. The defendants deny the allegations contained in paragraph 67 of the plaintiff's complaint.

68. The defendants deny the allegations contained in paragraph 68 of the plaintiff's complaint.

69. The defendants neither admit nor deny the allegations contained in paragraph 69 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

## **AS TO COUNT I**

70. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 69 of the plaintiff's complaint and incorporate them herein by reference.

71. The defendants deny the allegations contained in paragraph 71 of the plaintiff's complaint.

72. The defendants deny the allegations contained in paragraph 72 of the plaintiff's complaint.

73. The defendants deny the allegations contained in paragraph 73 of the plaintiff's complaint.

## AS TO COUNT II

74. The defendants reassert their answers to the allegations contained in paragraphs 1 through 73 of the plaintiff's complaint and incorporate them herein by reference.

75. The defendants deny the allegations contained in paragraph 75 of the plaintiff's complaint.

76. The defendants deny the allegations contained in paragraph 76 of the plaintiff's complaint.

77. The defendants deny the allegations contained in paragraph 77 of the plaintiff's complaint.

78. The defendants deny the allegations contained in paragraph 78 of the plaintiff's complaint.

## AS TO COUNT III

79. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 78 of the plaintiff's complaint and incorporate them herein by reference.

80. The defendants deny the allegations contained in paragraph 80 of the plaintiff's complaint.

81. The defendants deny the allegations contained in paragraph 81 of the plaintiff's complaint.

82. The defendants deny the allegations contained in paragraph 82 of the plaintiff's complaint.

83. The defendants deny the allegations contained in paragraph 83 of the plaintiff's complaint.

## AS TO COUNT IV

84. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 83 of the plaintiff's complaint and incorporate them herein by reference.

85. The defendants neither admit nor deny the allegations contained in paragraph 85 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

86. The defendants deny the allegations contained in paragraph 86 of the plaintiff's complaint.

87. The defendants deny the allegations contained in paragraph 87 of the plaintiff's complaint.

## AS TO COUNT V

88. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 88 of the plaintiff's complaint and incorporate them herein by reference.

89. The defendants deny the allegations contained in paragraph 89 of the plaintiff's complaint.

90 The defendants deny the allegations contained in paragraph 90 of the plaintiff's complaint.

91. The defendants deny the allegations contained in paragraph 91 of the plaintiff's complaint.

## AS TO COUNT VI

92. The defendants repeat and reallege their answers to the allegations contained in paragraphs 1 through 91 of the plaintiff's complaint and incorporate them herein by reference.

93. The defendants neither admit nor deny the allegations contained in paragraph 93 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

94. The defendants deny the allegations contained in paragraph 94 of the plaintiff's complaint.

95. The defendants deny the allegations contained in paragraph 95 of the plaintiff's complaint.

96. The defendants deny the allegations contained in paragraph 96 of the plaintiff's complaint.

## AS TO COUNT VII

97. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 96 of the plaintiff's complaint and incorporate them herein by reference.

98. The defendants neither admit nor deny the allegations contained in paragraph 98 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

99. The defendants neither admit nor deny the allegations contained in paragraph 99 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

100. The defendants deny the allegations contained in paragraph 100 of the plaintiff's complaint.

101. The defendants deny the allegations contained in paragraph 101 of the plaintiff's complaint.

102. The defendants deny the allegations contained in paragraph 102 of the plaintiff's complaint.

## AS TO COUNT VIII

103. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 102 of the plaintiff's complaint and incorporate them herein by reference.

104. The defendants deny the allegations contained in paragraph 104 of the plaintiff's complaint.

105. The defendants deny the allegations contained in paragraph 105 of the plaintiff's complaint.

106. The defendants deny the allegations contained in paragraph 106 of the plaintiff's complaint.

107. The defendants deny the allegations contained in paragraph 107 of the plaintiff's complaint.

## AS TO COUNT IX

108. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 107 of the plaintiff's complaint and incorporate them herein by reference.

109. The defendants deny the allegations contained in paragraph 109 of the plaintiff's complaint.

110. The defendants deny the allegations contained in paragraph 110 of the plaintiff's complaint.

## AS TO COUNT X

111. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 110 of the plaintiff's complaint and incorporate them herein by reference.

112.  The defendants neither admit nor deny the allegations contained in paragraph 112 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

113.  The defendants deny the allegations contained in paragraph 113 of the plaintiff's complaint.

114.  The defendants deny the allegations contained in paragraph 114 of the plaintiff's complaint.

115.  The defendants deny the allegations contained in paragraph 115 of the plaintiff's complaint.

## AS TO COUNT XI

116.  The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 115 of the plaintiff's complaint and incorporate them herein by reference.

117.  The defendants deny the allegations contained in paragraph 117 of the plaintiff's complaint.

118.  The defendants deny the allegations contained in paragraph 118 of the plaintiff's complaint.

## AS TO COUNT XII

119.  The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 118 of the plaintiff's complaint and incorporate them herein by reference.

120.  The defendants deny the allegations contained in paragraph 120 of the plaintiff's complaint.

121.  The defendants deny the allegations contained in paragraph 121 of the plaintiff's complaint.

122. The defendants deny the allegations contained in paragraph 122 of the plaintiff's complaint.

## AS TO COUNT XIII

123. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 122 of the plaintiff's complaint and incorporate them herein by reference.

124. The defendants deny the allegations contained in paragraph 124 of the plaintiff's complaint.

125. The defendants deny the allegations contained in paragraph 125 of the plaintiff's complaint.

126. The defendants deny the allegations contained in paragraph 126 of the plaintiff's complaint.

## AS TO COUNT XIV

127. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 126 of the plaintiff's complaint and incorporate them herein by reference.

128. The defendants deny the allegations contained in paragraph 128 of the plaintiff's complaint.

129. The defendants deny the allegations contained in paragraph 129 of the plaintiff's complaint.

130. The defendants deny the allegations contained in paragraph 130 of the plaintiff's complaint.

131. The defendants deny the allegations contained in paragraph 131 of the plaintiff's complaint.

## AS TO COUNT XV

132. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 131 of the plaintiff's complaint and incorporate them herein by reference.

133. The defendants deny the allegations contained in paragraph 133 of the plaintiff's complaint.

134. The defendants deny the allegations contained in paragraph 134 of the plaintiff's complaint.

135. The defendants deny the allegations contained in paragraph 135 of the plaintiff's complaint.

136. The defendants deny the allegations contained in paragraph 136 of the plaintiff's complaint.

## AS TO COUNT XVI

137. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 136 of the plaintiff's complaint and incorporate them herein by reference.

138. The defendants neither admit nor deny the allegations contained in paragraph 138 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

139. The defendants deny the allegations contained in paragraph 139 of the plaintiff's complaint.

140. The defendants deny the allegations contained in paragraph 140 of the plaintiff's complaint.

141. The defendants deny the allegations contained in paragraph 141 of the plaintiff's complaint.

## AS TO COUNT XVII

142. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 141 of the plaintiff's complaint and incorporate them herein by reference.

143. The defendants neither admit nor deny the allegations contained in paragraph 143 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

144. The defendants neither admit nor deny the allegations contained in paragraph 144 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

145. The defendants deny the allegations contained in paragraph 145 of the plaintiff's complaint.

146. The defendants deny the allegations contained in paragraph 146 of the plaintiff's complaint.

## AS COUNT XVIII

147. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 146 of the plaintiff's complaint and incorporate them herein by reference.

148. The defendants neither admit nor deny the allegations contained in paragraph 148 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

149. The defendants deny the allegations contained in paragraph 149 of the plaintiff's complaint.

150. The defendants deny the allegations contained in paragraph 150 of the plaintiff's complaint.

151. The defendants deny the allegations contained in paragraph 151 of the plaintiff's complaint.

## AS TO COUNT XIX

152. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 151 of the plaintiff's complaint and incorporate them herein by reference.

153. The defendants deny the allegations contained in paragraph 153 of the plaintiff's complaint.

154. The defendants deny the allegations contained in paragraph 154 of the plaintiff's complaint.

## AS TO COUNT XX

155. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 154 of the plaintiff's complaint and incorporate them herein by reference.

156. The defendants deny the allegations contained in paragraph 156 of the plaintiff's complaint.

157. The defendants deny the allegations contained in paragraph 157 of the plaintiff's complaint.

158. The defendants deny the allegations contained in paragraph 158 of the plaintiff's complaint.

## AS TO COUNT XXI

159. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 158 of the plaintiff's complaint and incorporate them herein by reference.

160. The defendants deny the allegations contained in paragraph 160 of the plaintiff's complaint.

161. The defendants deny the allegations contained in paragraph 161 of the plaintiff's complaint.

162. The defendants deny the allegations contained in paragraph 162 of the plaintiff's complaint.

163. The defendants deny the allegations contained in paragraph 163 of the plaintiff's complaint.

## AS TO COUNT XXII

164. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 163 of the plaintiff's complaint and incorporate them herein by reference.

165. The defendants neither admit nor deny the allegations contained in paragraph 165 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

166. The defendants deny the allegations contained in paragraph 166 of the plaintiff's complaint.

167. The defendants deny the allegations contained in paragraph 167 of the plaintiff's complaint.

168. The defendants deny the allegations contained in paragraph 168 of the plaintiff's complaint.

## AS TO COUNT XXIII

169. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 168 of the plaintiff's complaint and incorporate them herein by reference.

170   The defendants neither admit nor deny the allegations contained in paragraph 170 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

171.  The defendants neither admit nor deny the allegations contained in paragraph 171 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

172. The defendants deny the allegations contained in paragraph 172 of the plaintiff's complaint.

173. The defendants deny the allegations contained in paragraph 173 of the plaintiff's complaint.

## AS TO COUNT XXIV

174. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 173 of the plaintiff's complaint and incorporate them herein by reference.

175. The defendants deny the allegations contained in paragraph 175 of the plaintiff's complaint.

176. The defendants deny the allegations contained in paragraph 176 of the plaintiff's complaint.

## AS TO COUNT XXV

177. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 176 of the plaintiff's complaint and incorporate them herein by reference.

178.  The defendants neither admit nor deny the allegations contained in paragraph 178 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to its burden of proof.

179. The defendants deny the allegations contained in paragraph 179 of the plaintiff's complaint.

180. The defendants deny the allegations contained in paragraph 180 of the plaintiff's complaint.

181. The defendants deny the allegations contained in paragraph 181 of the plaintiff's complaint.

## AS TO COUNT XXVI

182. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 181 of the plaintiff's complaint and incorporate them herein by reference.

183. The defendants deny the allegations contained in paragraph 183 of the plaintiff's complaint.

184. The defendants deny the allegations contained in paragraph 184 of the plaintiff's complaint.

## AS TO COUNT XXVII

185. The defendants reassert and reaffirm their answers to the allegations contained in paragraphs 1 through 184 of the plaintiff's complaint and incorporate them herein by reference.

186. The defendants deny the allegations contained in paragraph 186 of the plaintiff's complaint.

187. The defendants deny the allegations contained in paragraph 187 of the plaintiff's complaint.

188. The defendants deny the allegations contained in paragraph 188 of the plaintiff's complaint.

## SECOND DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

This Court lacks subject matter jurisdiction.

## FOURTH DEFENSE

The plaintiff is estopped and barred from asserting any allegations for trademark infringement on the Lanham Act § 43A and under M.G.L. c. 110B, § 12 as the plaintiff has filed a previous Complaint with the Massachusetts Secretary of State against the defendant, McLeod Packaging Systems, Inc. in connection with the defendants' adoption and use of the name McLeod Packaging Systems, Inc.  An Administrative Hearing Officer ruled in favor of the defendant, McLeod Packaging Systems, Inc. and upheld its use of the name McLeod Packaging Systems, Inc. and the plaintiff had failed to appeal said ruling as required by M.G.L. prior to commencing this action.

## FIFTH DEFENSE

The defendants are estopped and barred from asserting allegations against Donald McLeod in connection with his ownership interest and employment as well as his conduct and duties as an officer and director as there is a previously filed and pending Arbitration matter to which the plaintiff is a party and which is currently awaiting scheduling by the American Arbitration Association.

## SIXTH DEFENSE

Defendants assert that the plaintiffs have never established or registered or, in fact, applied for any trademark or licensing of the alleged mark set forth in the plaintiff's Complaint.

### SEVENTH DEFENSE

Defendant, Donald McLeod, states that if he ever owed the plaintiff anything as claimed by the plaintiff in its Complaint, he has paid the plaintiff in full and owes the plaintiff nothing.

### EIGHTH DEFENSE

Defendant, Donald McLeod, says that if he ever owed the plaintiff anything, the plaintiff has waived payment, wherefore, the defendant owes the plaintiff nothing.

### NINTH DEFENSE

Defendants state the plaintiffs are barred from recovery because of the plaintiff's breach of the alleged duties and obligations owed by the plaintiff to the defendant, Donald McLeod.

### TENTH DEFENSE

Defendants state that the plaintiff by its own breach of the alleged duties and conduct set forth in the plaintiff's Complaint through its officers, directors and shareholders, excuses any further performance by the defendants, wherefore the defendants owe the plaintiff nothing.

### ELEVENTH DEFENSE

Defendants state that the plaintiff's Complaint are barred in whole or in part by laches, estoppel, and/or waiver.

### TWELFTH DEFENSE

Plaintiff's claims against defendants are barred in whole or in part by the doctrine of "unclean hands."

### THIRTEENTH DEFENSE

The defendants state that the plaintiff owes the defendant, Donald McLeod, monies for services rendered during his employment with the plaintiff.

## FOURTEENTH DEFENSE

The defendants state that the plaintiff's actions in connection with ignoring and altering the Stock Redemption Agreement by and among the shareholders of the plaintiff constitutes a legal and unfair conduct by the plaintiff which has harmed the defendant, Donald McLeod.

## FIFTEENTH DEFENSE

The plaintiff's corporation has engaged in unfair and deceptive acts and practices against each of the defendants.

THE DEFENDANTS HEREBY DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

THE DEFENDANTS
DONALD McLEOD,
McLEOD PACKAGING SYSTEMS, INC.
and MORTEN HAZZARD


By___*/s/ James F. Martin*_____
James F. Martin, Esq., and


By___*/s/ Dorothy A. Varon*_____
Dorothy A. Varon, Esq. of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
JFM BBO No.:  322480
DAV BBO No:   629609

400449