UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DISTRICT

CIVIL ACTION NO: 05-30087-MAP

| | |
|---|---|
| CARTER-McLEOD PAPER AND PACKAGING, INC., | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC.; and MORTEN HAZZARD, | ) |
|     Defendants | ) |

## DEFENDANT, MCLEOD PACKAGING SYSTEMS, INC.'S, CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

NOW COMES the defendant, McLeod Packaging Systems, Inc., and hereby states that there is no parent corporation or any publicly held company which owns 10% or more of its stock.

THE DEFENDANT
MCLEOD PACKAGING SYSTEMS, INC.

By____*/s/ James F. Martin*_____
James F. Martin, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  322480
jmartin@robinson-donovan.com