UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DISTRICT

CIVIL ACTION NO: 05-30087-MAP

| | |
|---|---|
| CARTER MCLEOD PAPER and PACKAGING, INC., <br>     Plaintiff <br><br> vs. <br><br> DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC.; AND MORTEN HAZZARD, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _____/s/ Donald McLeod_____          By: ___/s/ Morten Hazzard_____
Donald McLeod, President                                    Morten Hazzard
McLeod Packaging Systems, Inc.                         11B Catherine Drive
16 East Hill Road                                                    Belchertown, MA  01007
Brimfield, MA  01010


By: ___/s/ James F. Martin_____
James F. Martin, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  322480
jmartin@robinson-donovan.com

Dated:___May 23, 2005_____

400856