UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CARTER-McLEOD PAPER AND PACKAGING COMPANY, INC. | ) ) ) | Civil Action No. 3:05-cv-30087-MAP |
| Plaintiff | ) ) | PLAINTIFF'S MOTION TO FILE MEMORANDUM |
| v. | ) ) | IN EXCESS OF TWENTY PAGES |
| DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC. and MORTEN HAZZARD | ) ) ) ) ) |  |
| Defendants. | ) |  |

Pursuant to Local Rule 7.1(B)(4) of this Court, Plaintiff Carter-McLeod Paper & Packaging Company, Inc. ("Carter-McLeod Packaging") hereby moves for leave to file Plaintiff's Memorandum in Support of Plaintiff's Motion For Preliminary Injunction (the "Memorandum"), submitted herewith, which exceeds the twenty-page limit set forth in this rule.

As grounds for this motion, Carter-McLeod Packaging states that leave to exceed the twenty-page limit is reasonable under the circumstances and necessary to bring all pertinent information and arguments to the attention of the Court because: (1) the Memorandum presents reasons why multiple Counts that Plaintiff has asserted in this matter support the grant of preliminary injunctive relief; (2) the legal and factual reasons establishing these Counts concern basic and distinct issues of trademark law, conversion and defamation, which cannot be adequately presented and analyzed within twenty pages; and (3) the Memorandum does not exceed 21 pages.

For the reasons set forth above, Carter-McLeod Packaging respectfully requests this Court to grant this Motion for leave to exceed the twenty-page limit of Local Rule 7.1(B)(4).

Respectfully submitted,
The Plaintiff
CARTER-MCLEOD PAPER &
PACKAGING COMPANY, INC.
    By Its Attorneys:

Dated: May 24, 2005

/s/ Jeffrey E. Poindexter
Francis D. Dibble, Jr. – BBO No. 123220
Jeffrey E. Poindexter – BBO No. 631922
Pamela S. Chestek – BBO No. 647124
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts  01115-5507
Tel:  (413) 781-2820
Fax:  (413) 272-6805
fdibble@bulkley.com
jpoindexter@bulkley.com
pchestek@bulkley.com