UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 3:05-cv-30087-MAP

| | |
|---|---|
| CARTER-McLEOD PAPER AND PACKAGING COMPANY, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) PLAINTIFF'S MOTION FOR<br>) PRELIMINARY INJUNCTION |
| DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC. and MORTEN HAZZARD | ) AND<br>) REQUEST FOR ORAL ARGUMENT<br>) |
| Defendants. | )<br>)<br>) |

NOW COMES the Plaintiff and moves that this Court grant a preliminary injunction as authorized by Section 34 of the Trade Mark Act of 1946, 15 U.S.C. § 1116, Mass. Gen. Laws ch. 110B, § 12, and Fed. R. Civ. P. 65, barring Defendants from using the company name and trademark "McLeod Packaging Systems," from using Plaintiff's proprietary information, and from disseminating false information about Plaintiff.

Plaintiff Carter-McLeod Paper and Packaging Company, Inc. ("Carter-McLeod Packaging") was originally established as McLeod Packaging Systems, LLC and is still known as "McLeod Packaging Systems" today. Defendant Donald McLeod, while a shareholder and director of Plaintiff with a fiduciary duty to Plaintiff, began a competing company and adopted Plaintiff's exact name "McLeod Packaging Systems" for the new company, selling exactly the same goods and services as Plaintiff to exactly the same customers in exactly the same geographic area. Donald McLeod's actions were intended to deliberately trade on the goodwill

298510_1

and renown of Plaintiff's name in order to confuse customers about the source of goods; indeed, Defendants have been highly successful in causing confusion in the marketplace through their use of "McLeod Packaging Systems" and such confusion is causing immediate and irreparable harm to Plaintiff. Defendants' use of "McLeod Packaging Systems" must therefore be immediately enjoined.

In addition, Defendants stole proprietary business information and spread falsehoods about Plaintiff in order to interfere with Plaintiff's existing business relations and compete unfairly. Their use of this confidential information and dissemination of false information must also be immediately enjoined. Plaintiff therefore respectfully asks that this Court order Defendants to:

(1) cease using the name and mark "McLeod Packaging Systems" or otherwise represent that they are associated or affiliated with the Plaintiff;

(2) account for all copies of the confidential documents converted by the Defendants from the Plaintiff and to return, destroy, and cease or refrain from using them; and

(3) cease and refrain from making false and disparaging statements or remarks either orally or in writing about the Plaintiff.

In support of this Motion, Plaintiff relies on its Memorandum of Law and the Affidavit of Robert H. McLeod, attached hereto and filed concurrently herewith.

**REQUEST FOR ORAL ARGUMENT**

Plaintiff respectfully requests oral argument on the instant motion.

                                              Respectfully submitted,
Plaintiff
CARTER-MCLEOD PAPER &
PACKAGING COMPANY, INC.
By Its Attorneys:

Dated: May 24, 2005                      /s/ Jeffrey E. Poindexter
Francis D. Dibble, Jr. – BBO No. 123220
Jeffrey E. Poindexter – BBO No. 631922
Pamela S. Chestek – BBO No. 647124
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts 01115-5507
Tel: (413) 781-2820
Fax: (413) 272-6805
fdibble@bulkley.com
jpoindexter@bulkley.com
pchestek@bulkley.com