UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CARTER MCLEOD PAPER CO**            **CASE NO. 05-30087 MAP**

**V.**

**DONALD MCLEOD, ET AL**

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION FOR PRELIMINARY INJUNCTION on JUNE 24, 2005 at 10:00 A.M. before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor. NOTE: Counsel for defendants shall respond in writing to Motion on or before June 15, 2005.

|  |  |
|---|---|
|  | SARAH THORNTON |
|  | CLERK OF COURT |
| 6/2/05 | By: /s/ Elizabeth A. French |
| Date | Deputy Clerk |

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)            [kntchrgcnf.]
                                          [ntchrgcnf.]