UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CARTER-McLEOD PAPER AND ) <br> PACKAGING COMPANY, INC. ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD McLEOD; McLEOD PACKAGING ) <br> SYSTEMS, INC. and ) <br> MORTEN HAZZARD ) <br> ) <br>    Defendants. ) <br> ) | Civil Action No. 3:05-cv-30087-MAP <br><br> ASSENTED-TO MOTION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

     The plaintiff, Carter-McLeod Paper and Packaging Company, Inc. ("Plaintiff"), with the assent of the defendants, Donald McLeod, McLeod Packaging Systems, Inc., and Morten Hazzard ("Defendants"), hereby move to continue the hearing on the Plaintiff's Motion For Preliminary Injunction currently scheduled to take place on June 24, 2005. Counsel for all parties have agreed and the Court's Clerk has tentatively confirmed that July 6, 2005 at 3:00 p.m. is a mutually acceptable date and time for the referenced hearing.

     Grounds for this motion are that the undersigned counsel for the Plaintiff will be out of town on the currently-scheduled hearing date through July 4, 2005 in connection with a prescheduled and prepaid vacation. The undersigned counsel has assumed primary responsibility for the Plaintiff's Motion for Preliminary Injunction and will be the lead counsel for purposes of arguing that motion at the hearing. Continuing the hearing will not disrupt or otherwise impact any other Court deadlines or the progression of the case.

300217

WHEREFORE, the Plaintiff requests, with the assent of the Defendants, that the Court allow this Assented-To Motion to Continue the Hearing on Plaintiff's Motion for Preliminary Injunction and reschedule the hearing to take place on July 6, 2005 or a date thereafter that is convenient for the Court.

| Respectfully submitted, | Assented to: |
|---|---|
| CARTER-McLEOD PAPER AND PACKAGING COMPANY, INC.<br>By its Attorneys: | DONALD McLEOD;<br>McLEOD PACKAGING SYSTEMS, INC and MORTEN HAZZARD<br>By their Attorneys, |
| /s/ Jeffrey E. Poindexter<br>Jeffrey E. Poindexter (BBO #631922)<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, MA 01115<br>Tel: (413) 781-2820<br>Fax: (413) 785-5060<br>jpoindexter@bulkley.com | /s/ Dorothy A. Varon<br>Dorothy A. Varon, Esq. (BBO# 629609)<br>James Martin, Esq. (BBO# 322480)<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>Tel: (413) 732-2301<br>Fax: (413) 785-4658<br>dvaron@robinson-donovan.com<br>jmartin@robinson-donovan.com |

Dated: June 10, 2005