UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DISTRICT

CIVIL ACTION NO: 05-30087-MAP

| | |
|---|---|
| CARTER MCLEOD PAPER and PACKAGING, INC., <br>     Plaintiff | ) ) ) ) |
| vs. | ) ) |
| DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC.; AND MORTEN HAZZARD, <br>     Defendants | ) ) ) ) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE ITS OPPOSITION TO THE PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTIVE RELIEF**
(ASSENTED TO)

NOW COME the defendants in the above-captioned and hereby respectfully move this Court for an Extension of Time in Which to File its Brief in Opposition to the Plaintiff's Motion for Preliminary Injunctive Relief. As reason for this Motion, the defendants state as follows. The Court issued an Order in the above-captioned matter requiring the defendants to file its Opposition Brief by June 15, 2005 and to appear for oral argument on June 24, 2005. Counsel for the plaintiff is unavailable to attend the hearing on June 24th and has filed an Assented to Motion for a Continuance of oral argument until July 6, 2005 at 3:00 PM. The Court's Clerk has indicated preliminarily that this date and time is acceptable to the Court. Inasmuch as the Court will not hear this matter until July 6th and insofar as undersigned counsel for the defendants is currently preparing a Memorandum of Law in Support for Summary Judgment in a Federal District Court matter and thereafter will begin preparation of an Opposition Brief due in the First Circuit in the next few weeks, counsel respectfully asks this Court for an extension of time in

402178

which to file her Opposition Brief until on or before June 24, 2005. Counsel for the plaintiff has assented to this Motion.

Insofar as there will be no prejudice to the plaintiff if this extension is granted and it will provide the Court with at least as much time to review the Opposition as was provided in the Court's original Order, the defendants respectfully move this Court to allow its Motion for an Extension of Time in which to file their Opposition.

          THE DEFENDANTS,
          DONALD McLEOD; McLEOD
          PACKAGING SYSTEMS, INC.; AND
          MORTEN HAZZARD\

          By____/s/ Dorothy A. Varon_____
          Dorothy A. Varon, Esq., of
          Robinson Donovan, P.C.
          1500 Main Street, Suite 1600
          Springfield, Massachusetts 01115
          Phone (413) 732-2301  Fax (413) 785-4658
          BBO No.: 629609

ASSENTED TO:
THE PLAINTIFF
CARTER MCLEOD PAPER AND
PACKAGING, INC.

By____/s/ Jeffrey E. Poindexter_____
Jeffrey E. Poindexter, Esq., of
Bulkley Richardson & Gelinas
1500 Main Street
Springfield, MA 01115
Phone (413)   Fax (413)
BBO No.: 631922

402178