UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CARTER-McLEOD PAPER AND ) | Civil Action No. 3:05-cv-30087-MAP |
| PACKAGING COMPANY, INC. ) |  |
| ) |  |
| Plaintiff ) | PLAINTIFF'S MOTION FOR LEAVE |
| ) | TO FILE REPLY BRIEF |
| v. ) |  |
| ) |  |
| DONALD McLEOD; McLEOD ) |  |
| PACKAGING SYSTEMS and ) |  |
| MORTEN HAZZARD ) |  |
| ) |  |
| Defendants. ) |  |

Plaintiff Carter-McLeod Paper and Packaging Co., Inc. ("Carter-McLeod Packaging") hereby requests leave to file a reply brief to Defendant's Opposition to Carter-McLeod Packaging's Motion to for Preliminary Injunction, in the form of Plaintiff's Reply to Defendant's' Opposition to Plaintiff's Motion for Preliminary Injunction, filed concurrently herewith.  As grounds for this Motion Carter-McLeod Packaging states as follows:  (1) Defendants have raised new legal issues in their Opposition, specifically the defenses of abandonment, unclean hands, mootness; (2) Defendants have made inaccurate statements of fact that require correction; and (3) Plaintiff believes believe that the reply would further assist the Court in deciding the motion.

For the foregoing reasons, Carter-McLeod Packaging respectfully requests that the Court grant its motion for leave to file a reply.

>Respectfully submitted,
>The Plaintiff
>CARTER-MCLEOD PAPER &
>PACKAGING, COMPANY INC.
>    By Its Attorneys:

Dated: July 6, 2005

/s/ Jeffrey E. Poindexter
Francis D. Dibble, Jr. – BBO No. 123220
Jeffrey E. Poindexter – BBO No. 631922
Pamela S. Chestek – BBO No. 647124
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts  01115-5507
Tel:  (413) 781-2820
Fax:  (413) 272-6805
fdibble@bulkley.com
jpoindexter@bulkley.com
pchestek@bulkley.com