UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CARTER-McLEOD PAPER AND PACKAGING COMPANY, INC. | ) ) | Civil Action No. 3:05-cv-30087-MAP |
|  | ) |  |
| Plaintiff, | ) | **JOINT MEMORANDUM REGARDING** |
|  | ) | **SETTLEMENT** |
| v. | ) |  |
|  | ) |  |
| DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC. and MORTEN HAZZARD | ) ) ) |  |
|  | ) |  |
| Defendants. |  |  |

The parties seek the Court's assistance in resolving one issue remaining in the referenced matter, the resolution of which would result in the global resolution of the captioned case and two other cases currently pending between the referenced parties. The parties have agreed to continue their efforts to seek, with the Court's assistance, a mutual agreement on the referenced issue, and in the event that the parties cannot reach an agreement, allow the Court in its sole discretion to decide the issue with no right to appeal by either party. The following is a brief procedural background of this matter, the specific issue the parties seek the Court's assistance in resolving and the procedural guidelines the parties have agreed to follow:

1.      The plaintiff filed a Motion for Preliminary Injunction ("PI Motion") on or around May 24, 2005, seeking an order requiring the defendants to (1) cease using the mark "McLeod Packaging Systems," (2) to account for and return confidential information allegedly converted by the defendants from the plaintiff, and (3) to refrain from making false and disparaging statements about the plaintiff.

306293_1

2.      At the time the PI Motion was filed, the parties were involved in two other actions – an arbitration action and a Superior Court action (hereinafter the "Other Actions"). The Other Actions are still pending.

3.      The Court held a hearing on the PI Motion on July 8, 2005. The parties agreed at the hearing to continue the hearing to July 12, 2005, to allow the parties time to pursue a global settlement of the present action and the Other Actions, including seeking an agreement on a name for McLeod Packaging Systems, Inc.

4.      The parties returned to Court for a Status Conference on July 12, 2005 and advised the Court that the parties had reached an agreement with respect to most of the outstanding material issues, but had not reached an agreement regarding the financial terms of the settlement.

5.      Following the July 12th Status Conference, the parties reached an agreement as to the financial terms of the settlement and all material terms except for the issue of what name McLeod Packaging Systems, Inc. will use going forward. The parties have agreed, with the indulgence of the Court, to submit to a brief mediation regarding the name issue. The parties have agreed to each file with the Court three proposed names for consideration and mediation. The parties also have agreed that in the event that they reach no mutual agreement through mediation regarding the name, the parties will allow the Court to select a name from the six names submitted.

6.      Each party agrees that any name selected by the Court shall be binding on the parties and shall be incorporated into the parties' settlement agreement. The parties further agree that they shall have no right to appeal the name selection by the Court or any issues relating to the Court's selection of the name and hereby waive such rights.

7.   The parties shall submit to the Court and serve on the other party their respective proposed names by August 25, 2005.

Respectfully submitted,

The Plaintiff
CARTER-MCLEOD PAPER &
  PACKAGING COMPANY, INC.
By Its Attorneys:


Francis D. Dibble, Jr. – BBO No. 123220
Jeffrey E. Poindexter – BBO No. 631922
Pamela S. Chestek – BBO No. 647124
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts 01115-5507
Tel:  (413) 781-2820
Fax:  (413) 272-6804
fdibble@bulkley.com
jpoindexter@bulkley.com
pchestek@bulkley.com


Dated:  August 24, 2005

The Defendants,
DONALD McLEOD; McLEOD
  PACKAGING SYSTEMS, INC.;
AND MORTEN HAZZARD,
By Their Attorneys:


James F. Martin – BBO No. 322480
Dorothy Varon – BBO No. 629609
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA  01115
Tel:  (413) 732-2301
Fax:  (413) 785-4658