UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARTER MCLEOD PAPER

V.                                CA NO 05-30087-MAP

DONALD MCLEOD

## SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within NINETY (90) DAYS to reopen the action if settlement is not consummated by the parties.

DATED   August 30, 2005

SARA THORNTON
CLERK

BY:   /s/Elizabeth A. French
_____
Elizabeth A. French
Deputy Clerk