

**BULKLEY, RICHARDSON AND GELINAS, LLP**

| LAW OFFICES | ROBERT B. ATKINSON | J. MICHAEL SCULLY | MARY ELLEN MANGINELLI* |
| 1500 MAIN STREET, SUITE 2700 | ROBERT A. GELINAS | JAMES C. DUDA | PAMELA S. CHESTEK |
| POST OFFICE BOX 15507 | PETER ROTH | KELLY A. McCARTHY | JENNIFER K. CANNON** |
| SPRINGFIELD, MA 01115-5507 | RONALD P. WEISS | DANIEL J. FINNEGAN | GASTÓN DE LOS REYES |
| | FRANCIS D. DIBBLE, JR. | MELINDA M. PHELPS | DANIEL A. LEONARDO* |
| TEL: (413) 781-2820 | HAMILTON DOHERTY, JR. | JEFFREY E. POINDEXTER | |
| FAX: (413) 272-6805 | MICHAEL H. BURKE | KATHERINE A. ROBERTSON | COUNSEL |
| E-MAIL: INFO@BULKLEY.COM | PETER H. BARRY | KATHLEEN LEITAO BERNARDO | |
| | DAVID A. PARKE | DONN A. RANDALL* | CAROL E. KAMM* |
| | FELICITY HARDEE | SCOTT W. FOSTER | J. PATRICK KENNEDY* |
| | CHRISTOPHER B. MYHRUM | ELIZABETH H. SILLIN | STEPHEN W. SCHUFACK |
| | GEORGE W. MARION | VANESSA L. SMITH | PHILIP J. TARPEY, JR. |
| | ELLEN M. RANDLE | DEBRA A. QUINN | |
| | KEVIN C. MAYNARD | JOSHUA P. GREY | *RESIDENT IN BOSTON OFFICE |
| | MARK D. CRESS | JENELLE C. DODDS | **ADMITTED IN VIRGINIA AND |
| | MARY J. KENNEDY | CHRISTOPHER J. SCOTT | DISTRICT OF COLUMBIA ONLY |

August 25, 2005

**HAND-DELIVERED**

Elizabeth French
United States District Court
for the District of Massachusetts
1550 Main Street
Springfield, MA 01103

  RE: **Carter-McLeod Paper and Packaging Company, Inc. v.**
    **Donald McLeod, McLeod Packaging Systems, Inc. and Morten Hazzard**
    **Civil Action No. 05-CV-30087-MAP**

Dear Ms. French:

  Pursuant to the Joint Memorandum Regarding Settlement and in connection with the 11:30 a.m. conference with Judge Ponsor on Friday, August 26, 2005 the following are the plaintiff's three proposed names to replace the corporate and trade name of defendant McLeod Packaging Systems, Inc.: (1) D.M. Packaging, Inc.; (2) Donald McLeod Equipment and Packaging, Inc.; and (3) Donald McLeod Packaging, Inc.

  If you have any questions, please feel free to contact me.

            Very truly yours,

            Jeffrey E. Poindexter

JEP/cmv

cc: James Martin, Esq.
   (via hand delivery)