**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CARTER MCLEOD PAPER**

    **V.**

**DONALD MCLEOD, ET AL**                              **CASE NO. CA 05-30087-MAP**

<u>**NOTICE OF HEARING**</u>

    PLEASE TAKE NOTICE that the above-entitled case has been SET for A HEARING ON PLAINTIFF'S MOTION FOR CONTEMPT on FEBRUARY 13, 2006 at 2:30 P.M. before Michael A. Ponsor, U.S. D.J   In   Courtroom # __1__ on the __5th__ floor.

 

                                                                                                    SARAH THORNTON
                                                                                                    CLERK OF COURT

__1/19/06_____                              By: <u>/s/ Elizabeth A. French</u>
      Date                                                                       Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                              [kntchrgcnf.]
                                                                                                   [ntchrgcnf.]