

**BULKLEY, RICHARDSON AND GELINAS, LLP**

| LAW OFFICES<br>1500 MAIN STREET, SUITE 2700<br>POST OFFICE BOX 15507<br>SPRINGFIELD, MA 01115-5507<br><br>TEL: (413) 781-2820<br>FAX: (413) 272-6805<br>E-MAIL: INFO@BULKLEY.COM | ROBERT B. ATKINSON<br>ROBERT A. GELINAS<br>RONALD P. WEISS<br>FRANCIS D. DIBBLE, JR.<br>HAMILTON DOHERTY, JR.<br>MICHAEL H. BURKE<br>PETER H. BARRY<br>DAVID A. PARKE<br>FELICITY HARDEE<br>CHRISTOPHER B. MYHRUM<br>GEORGE W. MARION<br>ELLEN M. RANDLE<br>KEVIN C. MAYNARD<br>MARK D. CRESS<br>MARY J. KENNEDY<br>J. MICHAEL SCULLY | JAMES C. DUDA<br>KELLY A. MCCARTHY<br>DANIEL J. FINNEGAN<br>MELINDA M. PHELPS<br>JEFFREY E. POINDEXTER<br>KATHERINE A. ROBERTSON<br>KATHLEEN LEITAO BERNARDO<br>DONN A. RANDALL*<br>SCOTT W. FOSTER<br>ELIZABETH H. SILLIN<br>J. PATRICK KENNEDY*<br>VANESSA L. SMITH<br>DEBRA A. QUINN<br>JOSHUA P. GREY<br>JENELLE C. DODDS<br>CHRISTOPHER J. SCOTT | MARY ELLEN MANGINELLI*<br>JENNIFER K. CANNON<br>GASTÓN DE LOS REYES<br>DANIEL A. LEONARDO*<br>SETH M. WILSON<br><br>COUNSEL<br><br>DANIEL J. BLAKE*<br>CAROL E. KAMM*<br>PETER ROTH<br>STEPHEN W. SCHULACK<br>PHILIP J. TARPEY, JR.<br><br>*RESIDENT IN BOSTON OFFICE |

February 3, 2006

**VIA HAND DELIVERY**

John C. Stuckenbruck, Division Manager
United States District Court
for the District of Massachusetts
1550 Main Street
Springfield, MA 01103

    Re:    Carter-McLeod Paper and Packaging Systems, Inc. v. Donald McLeod;
            McLeod Packaging Systems, Inc.; and Morten Hazzard
            Civil Action Case Number: 05-30087-MAP

Dear Mr. Stuckenbruck:

    I am withdrawing the request by Carter-McLeod Paper And Packaging Company, Inc. ("Carter-McLeod") for a hearing on its Motion for Contempt filed on January 11, 2006 in the referenced matter. We request that the Court rule on Carter-McLeod's Motion for Contempt without opposition pursuant to Local Rule 7.1(F), as the time for filing an opposition has expired. The hearing currently is scheduled for February 13, 2006.

    If you have any questions, please feel free to contact me.

                            Very truly yours,

                            Jeffrey E. Poindexter

JEP/kel

cc:    Jim Martin (Via Hand Delivery)
       Robert McLeod (Via Facsimile)

#320571