UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30087-MAP

| | |
|---|---|
| CARTER-McLEOD PAPER AND PACKAGING, INC., <br>     Plaintiff | ) ) ) ) |
| vs. | ) ) |
| DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC.; and MORTEN HAZZARD, <br>     Defendants | ) ) ) ) |

**MOTION TO ENLARGE TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT**

Now comes the Defendants and request that the Court enlarge the time within which they may file an Opposition to Plaintiff's Motion for Contempt to February 8, 2006. In support of its motion the Defendants state that through inadvertence the filing deadline was mis-calandered by its counsel. Further, Defendants counsel's secretary of over 20 years retired on January 31, 2006 adding to the confusion and error in calendaring when the response was due.

This matter is scheduled for hearing on February 13, 2006 and the Plaintiffs will not be prejudiced by the requested extension.

WHEREFORE, the Defendants respectfully request that the time within which they have to file their Opposition be enlarged to February 8, 2006.

THE DEFENDANTS
DONALD McLEOD,
McLEOD PACKAGING SYSTEMS, INC.
and MORTEN HAZZARD

By   */s/ James F. Martin*
James F. Martin, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  322480
jmartin@robinson-donovan.com

419608

CERTIFICATE OF SERVICE

    I, James F. Martin, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2006.

    Subscribed under the penalties of perjury.

                                                   */s/ James F. Martin*
                                                   James F. Martin

419608