UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30087-MAP

| | |
|---|---|
| CARTER-McLEOD PAPER AND | ) |
| PACKAGING, INC., | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| DONALD McLEOD; McLEOD | ) |
| PACKAGING SYSTEMS, INC.; and | ) |
| MORTEN HAZZARD, | ) |
|     Defendants | ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT**

Now come the Defendants Donald McLeod and McLeod Packaging Systems, Inc. and

oppose the Plaintiff's Motion for Contempt.  In support of their opposition the Defendants state

as follows:

**<u>ACTIONS TAKEN BY THE DEFENDANTS TO IMPLEMENT THE</u>**

**<u>CORPORATE NAME CHANGE</u>**

In good faith and with every intention of complying with this Court's Decision, the

Defendant McLeod Packaging Systems, Inc. took the following actions to comply with the

Court's Order and to change its corporate name:

1.      On November 10, 2005 the Defendant corporation filed an Article of Amendment

with the Secretary of State of the Commonwealth of Massachusetts officially changing its legal

name to D. McLeod Packaging, Inc.  A copy of the Article of Amendment is attached as <u>Exhibit</u>

<u>1</u>.

2.      The records of the Secretary of State of the Commonwealth of Massachusetts

were changed to indicate that the corporate defendant's name had been changed to D. McLeod

Packaging, Inc.  A copy of the Secretary of State's records concerning the legal name of the corporation is attached as <u>Exhibit 2</u>.

3.     The corporate Defendant redesigned its web site and home page to reflect that its corporate name was D. McLeod Packaging, Inc.  A copy of excerpts for the home page which identifies the product it sells is attached as <u>Exhibit 3</u>.

4.     A copy of the corporate Defendants cover page for all outgoing faxes is attached as <u>Exhibit 4</u>.  This document clearly reflects the name of the corporation as D. McLeod Packaging, Inc.

5.     A copy of the corporate Defendants actual Purchase Order used by it in communicating with and doing business with all of its vendors clearly indicates the new corporate name as D. McLeod Packaging, Inc.  Said Purchase Order is attached as <u>Exhibit 5</u>.

6.     A copy of an actual Invoice used by the corporate Defendant in billing its customers is attached as <u>Exhibit 6</u>.  Here again, it is clear that the name of the corporate entity on the Invoice is D. McLeod Packaging, Inc.

7.     The Credit Application used by the corporate Defendant whenever it accepts a new customer is attached as Exhibit 7.  This document also clearly indicates the corporate name used by the Defendant as D. McLeod Packaging, Inc.

8.     The Sales Order Form used by the corporate Defendant in processing sale orders of its customers, a copy of which is given to each of its customers at the time the order is placed, is attached as Exhibit 8.  The Sales Order Form is clearly labeled with the corporate name D. McLeod Packaging, Inc.

The corporate Defendant issued a communication to all of its customers and vendors informing them of the change in its corporate name.  The notification clearly states the new

corporate name of D. McLeod Packaging, Inc.  In fact, the new name is properly identified in five (5) different locations in the notice sent to all customers and vendors.  A copy of said notice is attached as Exhibit 9. All of the above-referenced documents adopt and use the proper font and type for the corporate name.

### COMPLIANCE WITH THE COURT'S ORDER

The legal steps required to change the Defendant corporation's name were completed within the ninety (90) day period ordered by the Court.  Likewise all of the changes made to all of the Corporate Forms identified as Exhibits 3 through 8 were prepared and adopted by the corporate Defendant prior to the ninety (90) day period cited in the Court's Order.  The communication issued by the corporate Defendant to its customers and vendors represented by Exhibit 9 was distributed in November of 2005 once confirmation of the change of corporate name was received from the Secretary of State's Office.

### THE DEFENDANTS HAVE NOT VIOLATED THE COURT ORDER REGARDING THE CHANGE OF CORPORATE NAME AND ARE NOT IN CONTEMPT

The Defendants are hard pressed to understand the basis for the Plaintiff's Motion for Contempt.  A generous reading of the Motion leads one to the conclusion that because the Defendants have on their business cards stylistically incorporated the letter "D" inside of the letter "M" in the word McLeod that said design is a violation of the Court's Order.  Such a conclusion by the Plaintiff is without merit.  As evidenced by all of the documents submitted by the Defendant with this Opposition, which the Plaintiffs conveniently ignore.  All of the business documents used by the Defendant in conducting its business clearly indicate the name of the entity as "D. McLeod Packaging, Inc."  There is absolutely no confusion or ambiguity to any

customer or vendor as to what is the Defendant's corporate name. The Plaintiff cannot cite one instance of confusion or error in the marketplace over the Defendant's corporate name. The Defendant's are concerned that the Plaintiff's motivation in bringing the Motion for Contempt is to intimidate Mr. McLeod from prosecuting legal remedies against the corporate officers of the Plaintiff for their breach of fiduciary duty to him in connection with a piece of commercial real estate owned by Mr. McLeod and some of the Plaintiff's corporate officers. This Court should not sanction such conduct by the Plaintiff's given the complete lack of merit of the Plaintiff's claim.

The Plaintiff has submitted to the Court a copy of the Defendant's Counsel's correspondence of December 23, 2005 which clearly informed the Plaintiff that the Defendants were experimenting with variations of the style and font in marketing its corporate name on its business cards. Such marketing experiments are common in trade and commerce. However, at no time has the Defendant changed the type or font of its corporate name on all of its important business documents attached hereto as Exhibits 3-8. The font and type used on Exhibits 3-8 are clear and accurate and in perfect compliance with the Court's Order. This Court will also take note of the fact that one of the Plaintiff's primary objection to the Defendant's corporate name was the use of the word "Systems." The word "Systems" has been completely eliminated from all of the Defendant's corporate records and documents. The domain name "mcleodpack" is a perfectly legitimate reference to the correct corporate name. Many businesses and corporations use variations of their corporate name in order to shorten their domain name for the ease of use by its customers and vendors.

## CONCLUSION

For all the reasons set forth in this Opposition the Court should deny the Plaintiff's

Motion for Contempt and order the award of fees and costs incurred by the Defendants in

opposing this motion.

> THE DEFENDANTS
> DONALD McLEOD,
> McLEOD PACKAGING SYSTEMS, INC.
> and MORTEN HAZZARD
>
>
> By____*/s/ James F. Martin*_____
> James F. Martin, Esq., of
> Robinson Donovan, P.C.
> 1500 Main Street, Suite 1600
> Springfield, Massachusetts 01115
> Phone (413) 732-2301  Fax (413) 785-4658
> BBO No.:  322480
> jmartin@robinson-donovan.com

## CERTIFICATE OF SERVICE

I, James F. Martin, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 8, 2006.

Subscribed under the penalties of perjury.

> _____*/s/ James F. Martin*_____
> James F. Martin

**EXHIBIT**

**1**

MA SOC    Filing Number: 200527453190    Date: 11/23/2005 11:41 AM



# The Commonwealth of Massachusetts
## William Francis Galvin

Minimum Fee: $100.00

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Articles of Amendment
(General Laws, Chapter 156D)

**Federal Employer Identification Number:** 000883873 *(must be 9 digits)*

MCLEOD PACKAGING SYSTEMS, INC.
having a registered office at: 16 EAST HILL RD. BRIMFIELD , MA 01010 USA

certify that these Articles of Amendment affecting articles numbered:

 X  Article 1    ___ Article 2    ___ Article 3    ___ Article 4    ___ Article 5    ___ Article 6

*(Select those articles 1, 2, 3, 4, 5 and/or 6 that are being amended)*

were duly adopted and approved on 11/10/2005
by the

___ the incorporators.

**or**

___ the board of directors without shareholder approval and shareholder approval was not required.

**or**

 X  the board of directors and the shareholders in the manner required by law and the articles of organization.

### ARTICLE I

The exact name of the business entity, *as amended*, is:
*(Do not state Article I if it has not been amended.)*

D. MCLEOD PACKAGING, INC.

### ARTICLE II

The purpose of the business entity, *as amended*, is to engage in the following business activities:
*(Do not state Article II if it has not been amended.)*

### ARTICLE III

*Amendments to Article III cannot be filed on-line at this time*

### ARTICLE IV

If more than one class of stock is authorized, state a distinguishing designation for each class, *if amended*. Prior to the issuance of any shares of a class, if shares of another class are outstanding, the Business Entity must provide a description of the preferences, voting powers, qualifications, and special or relative rights or privileges of that class and of each other class of which shares are outstanding and of each series then established within any class.

*(Do not state Article IV if it has not been amended.)*

**ARTICLE V**

*As amended*, the restrictions, if any, imposed by the articles of organization upon the transfer of shares of any class or series of stock are

**ARTICLE VI**

*As amended*, other lawful provisions for the conduct and regulation of the business and affairs of the business entity, for its voluntary dissolution, or for limiting, defining, or regulating the powers of the business entity, or of its directors or stockholders, or of any class of stockholders:
*(Do not state Article VI if it has not been amended.)*

The foregoing amendment(s) will become effective when these Articles of Amendment are filed in accordance with General Laws, Chapter 156D, unless these articles specify, in accordance with the vote adopting the amendment, a *later* effective date not more than *ninety days* after such filing, in which event the amendment will become effective on such later date.

**Later Effective Date:  Time:**

Signed by  **DONALD D. MCLEOD** , its  **PRESIDENT**
on this 23 Day of November, 2005

© 2001 - 2005 Commonwealth of Massachusetts
All Rights Reserved

Case 3:05-cv-30087-MAP    Document 26-2    Filed 02/08/2006    Page 3 of 3

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

November 23, 2005 11:41 AM

## WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

0-1280-0



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640



EXHIBIT

2

### *D. MCLEOD PACKAGING, INC.* Summary Screen

[?] Help with this form

| Request a Certificate |
|:---:|

---

**The exact name of the Domestic Profit Corporation:** <u>D. MCLEOD PACKAGING, INC.</u>

---

**The name was changed from:** <u>MCLEOD PACKAGING SYSTEMS, INC.</u> on <u>11/23/05</u>

---

**Entity Type:** <u>Domestic Profit Corporation</u>

---

**Identification Number:** <u>000883873</u>

---

**Date of Organization in Massachusetts:** <u>01/03/2005</u>

---

**Current Fiscal Month / Day:** <u>12 / 31</u>

---

**The location of its principal office in Massachusetts:**
No. and Street: <u>16 EAST HILL RD.</u>
City or Town: <u>BRIMFIELD</u>   State: <u>MA</u>   Zip: <u>01010</u>   Country: <u>USA</u>

---

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:   State:   Zip:   Country:

---

**The name and address of the Registered Agent:**
Name: <u>DONALD D. MCLEOD</u>
No. and Street: <u>16 EAST HILL RD.</u>
City or Town: <u>BRIMFIELD</u>   State: <u>MA</u>   Zip: <u>01010</u>   Country: <u>USA</u>

---

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | DONALD D. MCLEOD | 16 E. HILL RD.<br>BRIMFIELD, MA 01010 USA | |
| TREASURER | DONALD D. MCLEOD | 16 E. HILL RD.<br>BRIMFIELD, MA 01010 USA | |
| SECRETARY | DONALD D. MCLEOD | 16 E. HILL RD.<br>BRIMFIELD, MA 01010 USA | |

| DIRECTOR | DONALD D. MCLEOD | 16 E. HILL RD.<br>BRIMFIELD, MA 01010 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share<br>Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments<br>Num of Shares | Total Par Value | Total Issued and Outstanding<br>Num of Shares |
|---|---|---|---|---|
| CNP | $0.00000 | 1,000 | $0.00 | 0 |
| CNP | $0.00000 | 19,000 | $0.00 | 0 |

| __ Consent | __ Manufacturer | __ Confidential Data | __ Does Not Require Annual Report |
| __ Partnership | __ Resident Agent | __ For Profit | __ Merger Allowed |

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

[ View Filings ]    [ New Search ]

**Comments**

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

[?]
Help



# The Commonwealth of Massachusetts
# William Francis Galvin

### Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Public Browse and Search - Filing Results

[?]
Help with this form

### Entity Name: D. MCLEOD PACKAGING, INC.

| Request a Certified Copy<br>Select All ☐ | Type of Filing | Year Filed | Filed Date | FilingNum | File(s) |
|---|---|---|---|---|---|
| ☐ | Articles of Amendment | | 11/23/05 10:43:00 AM | 200527453190 | 200527453190_1.pdf, 3 pgs, 40503 bytes |
| ☐ | Articles of Amendment | | 5/11/05 4:19:00 PM | 200515371570 | 200515371570_1.pdf, 5 pgs, 73031 bytes |
| ☐ | Articles of Organization | | 12/27/04 1:53:00 PM | 200495628400 | 200495628400_1.pdf, 6 pgs, 150456 bytes |

| Request | Annual Reports and No Fee changes have a retention period of ten years; therefore these documents are no longer available prior to December 31, 1993. |
|---|---|

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

EXHIBIT

3

# D.McLeod Packaging. Inc

**Phone: (413) 525-0706**                     **Fax: (413) 525-0713**



## Bags



## Bundling Film



## Cornerboard



D.McLeod Packaging, Inc. is a national supplier of packaging equipment and packaging supplies with a combined total of over 80 years experience in the packaging business.

We are committed to providing a high quality product at a competitive price. We are continually working to improve your quality while reducing your packaging cost.  Our strength is in our ability to work with you to create a program to fit your needs by not simply providing packaging supplies, but providing

a plan that helps you manage and

continually improve your packaging requirements. As packaging equipment specialists we also provide our expertise in designing, installing and servicing Stretch Wrapping, Shrink Wrapping and other packaging systems. We investigate all availabilities to determine the best long-term solution to your unique packaging application.

Steel & Plastic Strapping

## Steel & Plastic Strapping

## Stretch Wrap



## Stretch Wrapping Equipment



## Shrink Film



## Shrink Packaging Equipment



## Tapes

## Strapping Tools & Equipment

Home

Bags

Bundling Film

Cornerboard

Parts & Service

Shrink Film

Shrink Equipment

Strapping

Strapping Equipment

Stretch Film

Stretch Wrappers

Tapes

Contact Us

# D.McLeod Packaging. Inc

### Phone: (413) 525-0706

Fax: (413) 525-0713



**Bags**

**Bundling Film**

**Cornerboard**

**Steel & Plastic Strapping**

**Strapping Tools & Equipment**

D.McLeod Packaging, Inc. is a national supplier of packaging equipment and packaging supplies with a combined total of over 80 years experience in the packaging business.

We are committed to providing a high quality product at a competitive price. We are continually working to improve your quality while reducing your packaging cost. Our strength is in our ability to work with you to create a program to fit your needs by not simply providing packaging supplies, but providing

a plan that helps you manage and

continually improve your packaging requirements. As packaging equipment specialists we also provide our expertise in designing, installing and servicing Stretch Wrapping, Shrink Wrapping and other packaging systems. We investigate all availabilities to determine the best long-term solution to your unique packaging application.



**Stretch Wrap**



**Stretch Wrapping Equipment**



**Shrink Film**



**Shrink Packaging Equipment**



**Tapes**

About Us

# D.McLeod Packaging. Inc

**Phone: (413) 525-0706**                                     Fax





## <u>Stretch Film</u>

d. McLeod Packaging carries a full line of stretch films designed for Manual and Automated processes. These films can be supplied in various lengths, widths, and colors in a wide variety of gauges. Opaque films are also available.

d. McLeod Packaging utilizes only the best films in the industry to provide your company with the quality and

EXHIBIT

4

# D. MCLEOD PACKAGING, INC.
## P.O. Box 1047
## 51 DENSLOW ROAD
## EAST LONGMEADOW, MA 01028
### OFFICE: (413) 525-0706     FAX: (413) 525-0713

**DATE:**

**PAGES** (INCLUDING COVER):

**TO:**                                    **FROM:**
                                           EMAIL: mcleodpack@mcleodpack.com

**COMPANY:**

**FAX:**

                          **COMMENTS:**

# D. MCLEOD PACKAGING, INC.

## P.O. BOX 1047
## 51 DENSLOW ROAD
## EAST LONGMEADOW, MA 01028

**Phone # 413-525-0706          Fax # 413-525-0713**

# PURCHASE ORDER

| Date | MPS P.O. # |
|------|-----------|
|      |           |

| Vendor | Ship To |
|--------|---------|
|        | D. McLeod Packaging, Inc.<br>51 Denslow Road<br>East Longmeadow, MA 01028 |

| CUST. PO# | |
|-----------|--|

| Vendor Phone | | Vendor Fax | |
|--------------|--|------------|--|

| PLACED BY | SHIP VIA | REQ DATE | TERMS |
|-----------|----------|----------|-------|
|           |          |          |       |

| QTY | ITEM NO. | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|----------|-------------|------------|-------|
|     |          |             |            |       |
|     |          |             |            |       |
|     |          |             |            |       |
|     |          |             | **TOTAL**  |       |

PLEASE FAX CONFIRMATION AND
SHIP DATE WITHIN 24 HOURS  - THANK YOU



EXHIBIT

5

**D. McLeod Packaging, Inc.**
**P.O. Box 1047**
**51 Denslow Road**
**East Longmeadow, MA 01028**



EXHIBIT
6

**INVOICE**

| Date | Invoice # |
|------|-----------|
| 1/3/2006 | 20758-3 |

| Bill To | Ship To |
|---------|---------|
|         |         |

| CUST.P.O.# | TERMS | REP | SHIP DATE | SHIP VIA |
|------------|-------|-----|-----------|----------|
|            |       |     | 1/3/2006 | Truck |

| QTY SHIPPED | QTY B/O | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|-------------|---------|------|-------------|------------|-----------|
|             |         |      |             |            |           |

| | |
|---|---|
| **Subtotal** | $0.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 413-525-0706 | 413-525-0713 | mcleodpack@mcleodpack.com |

EXHIBIT

7

# D. MCLEOD PACKAGING, INC.
## P.O. BOX 1047
## 51 DENSLOW ROAD
## EAST LONGMEADOW, MA 01028
### OFFICE: (413) 525-0706          FAX: (413) 525-0713

## CREDIT APPLICATION

Ship To Company Name: _____

Bill To Company Name ( if different):_____

Ship To Address: _____    Bill To Address:_____

_____                         _____

Main Telephone #: _____    Main Fax #: _____

TAX EXEMPTION # _____    FEDERAL I.D. #_____

( Please enclose copy of Tax Exempt Certificate)

Principals:          _____    Title:  _____

                     _____    Title:  _____

                     _____    Title:  _____

Purchaser Name: _____    Phone #:_____ ext.____

Accounts Payable Name:_____    Phone #:_____ ext..____

BANK:_____    PHONE #_____

ADDRESS_____    CONTACT_____

ACCOUNT # _____

**************************************************************

TRADE REFERENCES:COMPANY NAME :_____

ADDRESS:_____ _____

PHONE # _____    FAX #_____

COMPANY NAME:_____

ADDRESS: _____

PHONE # _____    FAX#_____

COMPANY NAME: _____

ADDRESS: _____

PHONE # _____    FAX # _____

**EXHIBIT**

8

# SALES ORDER

## D. MCLEOD PACKAGING, INC.
## 51 DENSLOW ROAD
## EAST LONGMEADOW, MA 01028

| Date | MPS PO# |
|------|---------|
|      |         |

| BILL TO | Ship To |
|---------|---------|
|         |         |

| CUST PO# | |
|----------|--|

| Customer Phone : | Customer Fax : |
|------------------|----------------|

| REQ DATE | TERMS | REP | PLACED BY | VENDOR | SHIP VIA |
|----------|-------|-----|-----------|--------|----------|
|          |       |     |           |        |          |

| QTY | ITEM | ITEM DESCRIPTION | COST | AMOUNT | MARKUP | RESALE | TOTAL |
|-----|------|------------------|------|--------|--------|--------|-------|
|     |      |                  |      |        |        |        |       |

| | Total |
|--|-------|

Direct ( )  Warehouse ( )

PO Sent ( )  B of L ( )

Confirmed ( )

Freight Paid By _____

Released Faxed ( )

Special Instructions:



EXHIBIT

9



# McLeod
### PACKAGING, INC.

P.O. Box 1047 • 51 Denslow Road • East Longmeadow, MA 01028
413-525-0706 • Fax: 413-525-0713

## Name Change

# We have made a recent name change from:
## McLeod Packaging Systems, Inc. to D. McLeod Packaging, Inc.

## Address Update

**Bill To** and **Remit To** Address is:

### D. McLeod Packaging, Inc.
### P.O. Box 1047
### East Longmeadow, MA 01028-1047

### Ship To Address:
For items shipped into our <u>Inventory</u> (Those items not shipped Direct to End Users) our <u>shipping address</u> is:

### D. McLeod Packaging, Inc.
### 51 Denslow Road
### East Longmeadow, MA 01028

## Phone & Fax Number Update

D. McLeod Packaging, Inc. Phone Number: 413-525-0706
D. McLeod Packaging, Inc. Fax Number: 413-525-0713

Please update our information in your systems to reflect the above changes and we look forward to continue working with your company in the future.

If we may be of any further assistance, please contact us.

Thank You,
Carolyn G. Chmielewski