```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS


CARTER-MCLEOD PAPER AND      )
PACKAGING COMPANY, INC.,     )
          Plaintiff          )
                             )
     v.                      ) C.A. NO. 05-30087-MAP
                             )
DONALD MCLEOD, ET AL.,       )
          Defendants         )
```

### MEMORANDUM AND ORDER REGARDING PLAINTIFF'S MOTION FOR CONTEMPT
(Docket No. 22)

February 14, 2006

PONSOR, D.J.

The parties appeared for argument on Plaintiff's Motion for Contempt on February 13, 2006.

The court had previously issued an order requiring Defendants to do business under the name "D. McLeod Packaging, Inc.," as the last step in resolving the parties' trade name and other disputes.

Plaintiff's Motion for Contempt is directed at Defendants' continued use, despite the court's order, of various versions of "McLeod Packaging" without the required "D." preceding it, or usages where the "D." is displayed in much smaller front than the name "McLeod," or is rendered virtually invisible by being incorporated within the letter "M" in "McLeod." These attempts to eliminate, diminish, or bury the "D." violate both the letter of the court's order,

as any reasonable person would understand it, and its spirit.

Despite this violation, the court hereby DENIES Plaintiff's Motion for Contempt (Docket No. 22), without prejudice, upon the understanding and with the mandated condition that Defendants will, on or before March 31, 2006, modify any presentation of itself to the public, including in any print or electronic medium, to insure that the letter "D.," or "d." where appropriate (such as in a website address or e-mail address), appears before the name McLeod, McLeod Packaging, McLeod Packaging, Inc. or abbreviations of this phrase. The letter "D." or "d." will be the same font size, typeface, and level of boldness as the letters that follow in the company's name.

In addition, Defendants will pay the reasonable attorney's fees expended by Plaintiff in connection with the Motion for Contempt. Plaintiff will file its Motion for Attorney's Fees and supporting affidavit by February 23, 2006; Defendants may oppose the motion by March 13, 2006.

The conditions set forth above to the court's denial of the Plaintiff's Motion for Contempt constitute an order of the court. Any violation of this order may be remedied by a renewal of a Motion for Contempt.

It is So Ordered.

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge
```