UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARTER-McLEOD PAPER AND PACKAGING COMPANY, INC., <br><br>*Plaintiff,*<br><br>vs.<br><br>DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC.; and MORTEN HAZZARD,<br><br>*Defendants.* | Civil Action No. 3:05-cv-30087 MAP <br><br><br><br>MOTION FOR APPROVAL OF ATTORNEYS' FEES |

Pursuant to this Court's February 14, 2006 Order (Dkt. No. 27) requiring the defendants to "pay the reasonable attorney's fees expended by Plaintiff in connection with the [Plaintiff's] Motion for Contempt [Dkt. No. 22]," the Plaintiff hereby moves that the Court approve the attorneys' fees and costs as detailed in the attached Affidavit of Jeffrey E. Poindexter ("Affidavit"). The Affidavit sets forth the hours, rates and total fees and costs expended by the Plaintiff in connection with the Motion for Contempt. The Affidavit also details the specific legal services Bulkley, Richardson and Gelinas, LLP ("BR&G") provided in connection with the Motion for Contempt, which fall into the following four categories: (1) BR&G's investigation of the contemptuous conduct and efforts to resolve the dispute without Court intervention; (2) legal and factual research; (3) preparation of the Motion for Contempt and supporting documents; (4) preparation for and argument of the Motion for Contempt.

Because the hours, rates and fees billed by BR&G to the Plaintiff in connection with the Motion for Contempt are reasonable, Plaintiff respectfully requests that the

1

Court approve these fees and that Defendants be ordered to remit payment in full within 7 business days of the Court's approval.

Dated: February 23, 2006

                                         The Plaintiff,
CARTER-MCLEOD PAPER &
PACKAGING COMPANY, INC.,
By Its Attorneys:


    /s/ Jeffrey E. Poindexter
Francis D. Dibble, Jr. – BBO No. 123220
Jeffrey E. Poindexter – BBO No. 631922
Seth M. Wilson – BBO No. 640270
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 781-2820
Fax: (413) 272-6804

328864

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CARTER-McLEOD PAPER AND PACKAGING COMPANY, INC.,** *Plaintiff,* vs. **DONALD McLEOD; McLEOD PACKAGING SYSTEMS, INC.; and MORTEN HAZZARD,** *Defendants.* | Civil Action No. 3:05-cv-30087 MAP  **AFFIDAVIT OF JEFFREY E. POINDEXTER** |

1. My name is Jeffrey E. Poindexter, and the facts set forth herein are personally known to me and are based on my personal knowledge.

2. I am a partner in the law firm of Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, Massachusetts 01115 ("BR&G"). I was admitted to practice law in the Commonwealth of Massachusetts in 1996 and have been a member in good standing since my admission. I also am admitted to practice in the United States District Court for the District of Massachusetts and Court of Appeals for the First Circuit. I have been practicing law as an attorney with BR&G for over ten years. My practice is primarily in the area of civil litigation representing clients in connection with various matters in state and federal courts.

3. BR&G has acted as counsel for Carter McLeod Paper And Packaging Company, Inc. ("Carter-McLeod") in the captioned action, including providing legal services in connection with the Motion for Contempt filed on behalf of Carter-McLeod as a result of the defendants' violation of this Court's Order dated August 26, 2005, requiring McLeod Packaging Systems, Inc. to change its corporate and trade name to "Donald McLeod Packaging, Inc." or "D. McLeod Packaging, Inc."

4. I was primarily responsible for the legal services provided in connection with the Motion for Contempt, with the assistance of Seth M. Wilson, an associate in BR&G's Litigation Department with approximately five years of experience in private practice after clerking in the United States District Court for the District of Massachusetts for two years. Mr. Wilson's practice is focused on intellectual property, representing clients in matters relating to patents, trademarks and copyrights as well as other commercial litigation matters. Mr. Wilson has been a member in good standing of the Commonwealth of Massachusetts Bar since 1998, is licensed to practice before the United States Patent and Trademark Office and is admitted to practice in the United States District Court for the District of Massachusetts as well as before the Court of Appeals for the First Circuit. At all relevant times, my hourly rate was $245.00 per hour and Mr. Wilson's hourly rate was $195.00 per hour.

5. Both Mr. Wilson and I, in accordance with BR&G's procedure for recording time and billing, maintained records of time spent in connection with the Motion for Contempt contemporaneously with the provision of specific services. The recorded time was then entered into and compiled in a computerized database along with information pertaining to costs and expenses, such as photocopying, telephone and facsimile charges, mail expenses and Westlaw charges. BR&G provided services in connection with the Motion for Contempt from December 19, 2005, when the violation of the Court's Order was discovered, through the date of the hearing on the Motion for Contempt on February 13, 2006. BR&G billed Carter-McLeod for such services on January 26, 2006 and February 22, 2006, respectively.

6. Carter-McLeod incurred $11,322.50 in attorneys' fees and $200.28 in costs and expenses in connection with the Motion for Contempt. The attorneys' fees can be broken down into four categories of work: (a) BR&G's review of violations and

2

efforts to remedy defendants' contempt without Court intervention; (b) legal and other research; (c) preparation of Motion for Contempt and supporting documents; (d) preparation for and argument of Motion for Contempt.

    a. **BR&G's Efforts to Resolve Contempt Amicably Without Court Intervention.** Services provided from December 19, 2005 through December 27, 2005 in connection with Motion for Contempt: investigated and reviewed the defendants' use of marketing material in violation of the Court's August 23, 2005 Order; prepared correspondence on behalf of Carter-McLeod to defendants' counsel detailing the defendants' violations and requesting that the defendants cease the offending conduct; reviewed and considered the response by defendants' counsel refusing amicable resolution.

        Jeffrey E. Poindexter:  3.4 hours @ $245/hour  = $833.00
        Seth M. Wilson: 0.4 hours @ $195/hour = $78.00

    b. **Legal And Other Research And Analysis in Connection with Motion for Contempt.** Services provided from December 28, 2005 through January 9, 2006 in connection with Motion for Contempt: researched and analyzed procedural and substantive authority relating to bringing an action for contempt and remedies available pursuant to such an action; researched and reviewed authority relating to treatment by Courts of similar violations in connection with violations of court orders in trademark actions; gathered and reviewed documents required to support factual statements of the Motion for Contempt, including ordering and reviewing a transcript of the August 26, 2003 hearing and oral decision by the Court.

        Jeffrey E. Poindexter:  9.5 hours @ $245/hour  = $2,327.50
        Seth M. Wilson: 5.4 hours @ $195/hour = $1,053.00

    c. **Preparation of Motion for Contempt and Supporting Documents.** Services provided from January 3, 2006 through February 9, 2006 in connection with Motion for Contempt: drafted Motion for Contempt, including the background supporting the motion and statement of reasons and authority; gathered factual information from Carter-McLeod and memorialized such information in an affidavit for submission in support of the Motion for Contempt; considered remedies based on defendants' failure to timely file opposition brief; drafted withdrawal of request for hearing based on defendants' failure to file an opposition; reviewed defendants' motion to extend time for filing opposition and considered additional action; analyzed opposition brief from defendants and consider counterarguments.

        Jeffrey E. Poindexter:  13.0 hours @ $245/hour  = $3,185.00
        Seth M. Wilson: 13.0 hours @ $195/hour = $2,535.00

    d. **Hearing on Motion for Contempt.**  Services provided on February 13, 2006 in connection with Motion for Contempt:  Prepared for and attended hearing on Motion for Contempt.

        Jeffrey E. Poindexter:  4.0 hours @ $245/hour = $980.00
        Seth M. Wilson: 1.7 hours @ $195/hour = $331.50

7.     The expenses incurred by Carter-McLeod in connection with the Motion for Contempt, including costs for photocopies, postage, facsimiles, copies and Westlaw research, total $200.28.

8.     Based upon my knowledge and familiarity with attorneys' rates in the geographical area of Western Massachusetts, I consider the hourly rates, time spent by the individual BR&G lawyers and total compensation for services, as described above, to be reasonable in light of prevailing rates for lawyers of comparable experience, capability and expertise within the relevant geographical area.  Before billing Carter-McLeod for these fees, BR&G reviewed and edited them to eliminate any excessive, redundant and otherwise unnecessary or unproductive time.

    Signed under the penalties of perjury this 23rd day of February 2006.

                                                    /s/ Jeffrey E. Poindexter
                                                    Jeffrey E. Poindexter

328702